# In The United States Court of Federal Claims

No.  10-886C

(Filed:  June 7, 2011)
_____

JOHN BALESTRIERI,

          Plaintiff,

   v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

A preliminary status conference will be held in this case on Friday, June 17, 2011, at 4:00 p.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference.

     **IT IS SO ORDERED.**

s/ Francis M. Allegra_____
Francis M. Allegra
Judge