# In The United States Court of Federal Claims

No. 10-886C

(Filed: June 20, 2011)
_____

JOHN BALESTRIERI,

          Plaintiff,

  v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

On June 17, 2011, a preliminary status conference was held in this case. Participating in the conference were Michael J. Kator, for plaintiff, and Cameron Cohick, for defendant. Based on discussions during the conference, the court adopts the following schedule:

1. On or before July 1, 2011, the parties shall exchange their initial disclosures;

2. On or before December 1, 2011, the parties shall complete fact discovery;

3. On or before February 1, 2012, the parties shall simultaneously designate their expert witnesses and serve their expert reports;

4. On or before March 1, 2012, the parties shall simultaneously serve their expert rebuttal reports;

5. On or before March 30, 2012, expert discovery shall be completed; and

6. On or before April 17, 2012, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge