# In The United States Court of Federal Claims

No. 10-886C

(Filed: April 20, 2012)

_____

JOHN BALESTRIERI,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On March 26, 2012, the parties submitted a joint status report, in which they indicated their intent to file cross-motions for summary judgment. Accordingly, the court hereby adopts the following schedule:

1. On or before May 18, 2012, plaintiff shall file his motion for summary judgment;

2. On or before June 15, 2012, defendant shall file its opposition to plaintiff's motion and its cross-motion for summary judgment;

3. On or before July 13, 2012, plaintiff shall file his reply in support of his motion and his opposition to defendant's cross-motion; and

4. On or before July 27, 2012, defendant shall file its reply in support of its cross-motion.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge