# In The United States Court of Federal Claims

No. 10-886C

(Filed: November 28, 2012)
_____

JOHN BALESTRIERI,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

Oral argument on the parties' motion for summary judgment will be held in this case on Friday, December 14, 2012, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                s/ Francis M. Allegra
                                Francis M. Allegra
                                Judge