# In The United States Court of Federal Claims

No.  10-886C

(Filed:  September 4, 2013)
_____

JOHN BALESTRIERI,

                Plaintiff,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On August 30, 2013, the parties filed a joint status report indicating that settlement negotiations were in progress.  The case is hereby **STAYED** until further order.  On or before November 27, 2013, the parties shall file a joint status report on the status of settlement proceedings in this case.

      **IT IS SO ORDERED.**

s/ Francis M. Allegra_____
Francis M. Allegra
Judge