# In The United States Court of Federal Claims

No. 10-886C

(Filed: December 2, 2013)
_____

JOHN BALESTRIERI,

                Plaintiff,

   v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On November 27, 2013, the parties filed a joint status report indicating that settlement negotiations were in progress. On or before January 29, 2014, and every 63 days thereafter, the parties shall file a joint status report on the status of settlement proceedings in this case.

**IT IS SO ORDERED.**


                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge